Ari J. Scharg
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
(312) 589-6370
ascharg@edelson.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Tyacke, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>First Tennessee Bank, N.A., a national bank,<br><br>Defendant(s). | CASE NUMBER<br>5:16-cv-00228-JGB-SP<br><br>ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Scharg, Ari J.                                    of    Edelson PC
*Applicant's Name (Last Name, First Name & Middle Initial)*    350 North LaSalle Street
                                                               Suite 1300
(312) 589-6370          (312) 589-6378                         Chicago, Illinois 60654
*Telephone Number*       *Fax Number*
ascharg@edelson.com
                *E-Mail Address*                    *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Scott Tyacke

*Name(s) of Party(ies) Represented*    X *Plaintiff*    _ *Defendant*    _ *Other:*___

**and designating as Local Counsel**

Logan, Todd M.                                    of    Edelson PC
*Designee's Name (Last Name, First Name & Middle Initial)*   555 West Fifth Street
                                                             31st Floor
305912                  (213) 533-4100                       Los Angeles, California 90013
*Designee's Cal. Bar Number*  *Telephone Number*

                        (213) 947-4251
                        *Fax Number*                         *Firm Name & Address*
                                                             tlogan@edelson.com
                                                             *E-Mail Address*

**hereby ORDERS the Application be:**
**X GRANTED**.
**Dated      February 18, 2016**

                                                *U.S. District Judge*