Kevin S. Asfour (#228993)
kevin.asfour@klgates.com
Cassandra S. Payton (#270845)
cassandra.payton@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA  90067
Telephone: (310) 552-5000
Fax: (310) 552-5001

Andrew C. Glass (pro hac vice)
Gregory N. Blase (pro hac vice)
Roger L. Smerage (pro hac vice)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Fax: (617) 261-3175

Attorneys for First Tennessee Bank
     National Association

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TYACKE, individually and on behalf of all other similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FIRST TENNESSEE BANK, N.A., a national bank,<br><br>　　　　　Defendant. | Case No. 5:16-cv-00228-JGB-SP<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Assigned to Hon. Jesus G. Bernal |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Scott Tyacke and defendant First Tennessee Bank National Association, through their respective counsel, hereby stipulate and agree to DISMISS the Class Action Complaint (Docket No. 1) and this action WITH PREJUDICE with respect to the individual claims of plaintiff Scott Tyacke and WITHOUT PREJUDICE with respect to the claims of the putative class described in the Class Action Complaint. The parties further stipulate and agree that each Party (1) shall bear his or its own costs and expenses, including, without limitation, attorneys' fees, and (2) hereby waives any right to appeal the dismissal of this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED: December 7, 2016

By: /s/ Eve-Lynn J. Rapp[1]
    John K. Courtney
    Ari J. Scharg (*pro hac vice*)
    Eve-Lynn J. Rapp (*pro hac vice*)
    Stefan Coleman (*pro hac vice*)
    Stewart Ryan Pollack (*pro hac vice*)

    *Attorneys for Plaintiff Scott Tyacke*


DATED: December 7, 2016

By: /s/ Kevin S. Asfour
    Kevin S. Asfour
    Cassandra S. Payton
    Andrew C. Glass (*pro hac vice*)
    Gregory N. Blase (*pro hac vice*)
    Roger L. Smerage (*pro hac vice*)

    *Attorneys for Defendant First Tennessee Bank National Association*

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), e-filing counsel has obtained the consent of this signatory to apply her electronic signature, and all signatories concur in the content of this filing.

1

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**